# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1333
_____

METRIC ENGINEERING INC./THE
HARTFORD,

Appellants,

v.

BRADLEY SWEANY,

Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: March 22, 2019.

January 7, 2026

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan L. Davis of McConnaughhay, Coonrod, Weaver and Stern, P.A., Jacksonville, for Appellants.

Paul M. Anderson of Anderson and Hart, P.A., Tallahassee, for Appellee.